**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**EUGENE DENNIS,[1]**

    **Plaintiff,**

  v.          9:07-CV-0091

**JOHN J. DONELLI, Superintendent, Barehill**
**Correctional Facility; T. SEAMAN, Medial Dir.,**
**Barehill Correctional Facility; T. WHALEN, Medical**
**Dir., Barehill Correctional Facility; R. DONALDSON,**
**IGRC Supervisor, Barehill Correctional Facility,**

    **Defendants.**
_____

**APPEARANCES:**         **OF COUNSEL:**

EUGENE DENNIS
02-a-4625
Last Known Address:
Queensboro Correctional Facility
47-04 Van Dam Street
Long Island City, New York 11101
Plaintiff, *Pro se*

HON. ANDREW M. CUOMO      RICHARD LOMBARDO, ESQ.
Attorney General of the State of New York   Assistant Attorney General
The Capitol
Albany, New York 12224
Attorney for Defendants

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

  The above matter comes to me following a Report-Recommendation by Magistrate Judge

---

[1] Both the Clerk of the Court and the New York State Department of Correctional Services list Plaintiff's name as "Eugene Dennis," however, Plaintiff signs all his correspondence as "Dennis Eugene." Because all official records list Plaintiff as "Eugene Dennis," the Court will follow suit as to avoid any confusion, notwithstanding the name he ascribes.

Randolph F. Treece, duly filed on the 13th day of February 2009.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Defendants' Motion to Dismiss for Lack of Prosecution (Dkt. No. 31) is granted and this action is dismissed due to Plaintiff's failure to update his address and his apparent abandonment of this case.  *See* N.D.N.Y.L.R. 41.2(a) & (b) (dismissal of action appropriate where petitioner fails to notify Court of change of address).

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  March 9, 2009
        Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge